# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornby, D.Brock | District of Maine | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (senior status) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Maine Publlic Employees Retirement System (previously unknown until I received an unexpected distribution 9/11/19). See Part III-A. Non-Investment Income. |
| 2. | See also Part VIII. Additional Information |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/11/19 | Maine Public Employees Retirement System - retirement benefits | $1,075.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed in management consulting, rental property, and jewelry-making |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Boundless Bio | Remaining obligation for purchase of Series A preferred stock | M |
| 2. Omnivore Partners Offshore Fund 2 | Remaining obligation for purchase of partnership interest | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Ally Bank accounts | A | Interest | | | Closed | 04/12/19 | K | | |
| 3. Synchrony Bank | D | Interest | N | T | | | | | |
| 4. CIT Bank | B | Interest | | | Closed | 06/11/19 | K | | |
| 5. U.S. Savings Bonds | | None | M | T | | | | | |
| 6. Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 7. Maine Health & Higher Edu. Facs. Auth'y bonds | D | Interest | M | T | Redeemed (part) | 07/1/19 | J | | |
| 8. | | | | | Redeemed (part) | 08/19/19 | K | | |
| 9. Bangor ME bonds | B | Interest | K | T | | | | | |
| 10. Portland ME Airport bonds | B | Interest | L | T | | | | | |
| 11. Commonwealth of Puerto Rico bonds | B | Interest | L | T | | | | | |
| 12. Univ. of Maine System bonds | C | Interest | L | T | | | | | |
| 13. Puerto Rico Elec. Power Auth'y bonds | A | Interest | K | T | | | | | |
| 14. Puerto Rico Aqueduct & Sewer Auth'y bonds | A | Interest | J | T | | | | | |
| 15. Lewiston, ME public improvement bond | A | Interest | K | T | | | | | |
| 16. ME Gov't Facilities Auth'y bond | A | Interest | K | T | | | | | |
| 17. Virgin Islands Public Fin. Auth'y bond | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. South Portland, ME bond | A | Interest | K | T | | | | | |
| 19. Falmouth, ME bond | A | Interest | K | T | | | | | |
| 20. Washington State Health Care bond | B | Interest | K | T | | | | | |
| 21. MA Gen'l Obligation bond | B | Interest | L | T | | | | | |
| 22. Nuveen All American Municipal bond | D | Interest | M | T | | | | | |
| 23. Oppenheimer Rochester High Yield Municipal bond | B | Interest | M | T | | | | | |
| 24. RBC Wealth Mgt money mkt acct | A | Interest | J | T | | | | | |
| 25. Chicago O'Hare Airport bond | A | Interest | K | T | Buy | 02/05/19 | K | | |
| 26. | | | | | Buy (add'l) | 11/18/19 | K | | |
| 27. PA State Tpke bond | A | Interest | K | T | Buy | 07/10/19 | K | | |
| 28. Spartanburg SC Hlth Soc bond | A | Interest | K | T | Buy | 08/23/19 | L | | |
| 29. T. Rowe Price Mutual Int'l Stock Funds | B | Dividend | K | T | | | | | |
| 30. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 31. -Cash Management Account | B | Interest | K | T | | | | | |
| 32. -ADR Diageo PLC new | A | Dividend | K | T | | | | | |
| 33. -Vanguard Group Mutual Funds | | | | | | | | | |
| 34. ---Balanced Index Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Value Index Fund | B | Dividend | L | T | | | | | |
| 36. ---Inflation Protected Security Inv | A | Dividend | K | T | | | | | |
| 37. ---Strategic Equity Fund | A | Dividend | K | T | | | | | |
| 38. ---Developed Mkts Index Fund | A | Dividend | K | T | | | | | |
| 39. -Alpine Funds | | | | | | | | | |
| 40. ---Aberdeen Income Bldg Fund | B | Dividend | K | T | | | | | |
| 41. -Matthews Asian Funds | | | | | | | | | |
| 42. ---Asia Growth Investor | | None | L | T | | | | | |
| 43. ---India | D | Dividend | K | T | | | | | |
| 44. -com stk Illinois Tool Works | B | Dividend | L | T | | | | | |
| 45. Vanguard Standard & Poor 500 Index Fund | B | Dividend | M | T | | | | | |
| 46. Vanguard Account | | | | | | | | | |
| 47. -Vanguard Money Mkt Fund | D | Dividend | M | T | | | | | |
| 48. -Vanguard Global Capital Cycles Fund | A | Dividend | K | T | | | | | |
| 49. -Vanguard Sm Cap Growth Fund | A | Dividend | M | T | | | | | |
| 50. -Vanguard Hi Yld Tax Exempt Fund | B | Dividend | O | T | | | | | |
| 51. -Vanguard Total Stock Mkt Index Fund | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Vanguard Health Care | F | Dividend | O | T | | | | | |
| 53.   -Vanguard Global Wellington | B | Dividend | M | T | | | | | |
| 54.   -Vanguard Prime Money Mkt | D | Dividend | N | T | | | | | |
| 55.   -Vanguard Balanced Index Fund | D | Dividend | N | T | | | | | |
| 56.   -Vanguard Emerging Mkts Index Fund | D | Dividend | N | T | | | | | |
| 57.   -Vanguard 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 58.   -Vanguard Short Term Treasury Index Fund | C | Dividend | M | T | | | | | |
| 59.   -Vanguard Small Cap Value Fund | D | Dividend | N | T | | | | | |
| 60.   -Vanguard Tax Managed Cap. Apprec. Fund | B | Dividend | L | T | | | | | |
| 61.   -Vanguard Total Int'l Stock Index Fund | C | Dividend | M | T | Buy (add'l) | 10/28/19 | L | | |
| 62.   -Vanguard Int'l Value Fund | A | Dividend | K | T | | | | | |
| 63.   -Vanguard Value Index Fund | E | Dividend | O | T | | | | | |
| 64.   -Vanguard Intermediate Term Tax Exempt Fund | D | Dividend | N | T | Buy (add'l) | 10/28/19 | K | | |
| 65.   -Vanguard FTSE Emerging ETF Fund | B | Dividend | L | T | | | | | |
| 66.   -com stk Myriad Genetics | | None | J | T | | | | | |
| 67.   -com stk Sprint Corp. | | None | J | T | | | | | |
| 68.   -com stk Albemarle Corp. | A | Dividend | K | T | Buy (add'l) | 05/28/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 70. -com stk Applied Materials Inc. | A | Dividend | K | T | | | | | |
| 71. -com stk Cypress Semiconductor | A | Dividend | K | T | | | | | |
| 72. -com stk Helmerich & Payne Inc. | B | Dividend | K | T | Buy (add'l) | 11/19/19 | J | | |
| 73. -ETF Ishares Australia | C | Dividend | L | T | | | | | |
| 74. -com stk Pembina Pipeline Corp. | A | Dividend | J | T | | | | | |
| 75. -com stk Pulte Group Inc. | A | Dividend | K | T | | | | | |
| 76. -San Juan Basin Royalty Trust | A | Dividend | J | T | | | | | |
| 77. -com stk Solgold PLC | | None | J | T | | | | | |
| 78. -ltd ptsp Suncoke Energy Partners LP | A | Dividend | J | T | Sold (part) | 07/01/19 | K | | |
| 79. -com stk Tinka Resources Ltd | | None | J | T | | | | | |
| 80. -com stk TJX Cos Inc. New | A | Dividend | K | T | | | | | |
| 81. -com stk Yamana Gold | A | Dividend | J | T | | | | | |
| 82. -CD BNY Mellon | A | Interest | | | Matured | 02/19/19 | K | | |
| 83. -CD Metabank | A | Interest | | | Matured | 03/01/19 | K | | |
| 84. -CD Washington Trust | A | Interest | | | Matured | 03/27/19 | K | | |
| 85. -CD Morgan Stanley Bank | A | Interest | | | Matured | 11/18/19 | K | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
  (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -CD Wells Fargo Bank | A | Interest | | | Matured | 11/25/19 | K | | |
| 87. -ST Microelectronics NV | A | Dividend | L | T | Buy | 04/26/19 | K | | |
| 88. | | | | | Buy (add'l) | 05/28/19 | K | | |
| 89. -Vanguard LTD Term Tax Exempt | A | Dividend | L | T | Buy | 10/28/19 | K | | |
| 90. -Vanguard Mun Mkt | A | Dividend | M | T | Buy | 10/28/19 | L | | |
| 91. -Pinterest Inc. | | None | K | T | Buy | 05/23/19 | K | | |
| 92. -Micron Technology Inc. | | None | K | T | Buy | 04/26/19 | K | | |
| 93. -Uber Technologies Inc. | | None | K | T | Buy | 05/13/19 | K | | |
| 94. Ser. A. pref'd stk Boundless Bio fka Pretzel Theraputics Inc. | | None | M | W | Buy | 06/12/19 | M | | Boundless Bio |
| 95. Ser. A pref'd stk Erasca Inc. | | None | M | W | Buy | 02/09/19 | M | | Erasca Inc. |
| 96. P'ship Int. Omnivore Partners Offshore Fund 2 | | None | N | W | Buy | 04/15/19 | N | | Omnivore Partners Offshore |
| 97. | | | | | | | | | Funds 2 |
| 98. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 99. -Cash Management Acct | A | Interest | J | T | | | | | |
| 100. -com stk Intel Corp. | B | Dividend | K | T | | | | | |
| 101. -com stk Starbucks Corp. | B | Dividend | M | T | | | | | |
| 102. -com stk Popular, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Washington REIT | B | Dividend | K | T | | | | | |
| 104.  -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 105.  -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 106.  -American Campus Communities REIT | B | Dividend | K | T | | | | | |
| 107.  -Prudent Bear Fund | A | Dividend | J | T | | | | | |
| 108.  -T. Rowe Price Emerging Europe Fund | A | Dividend | J | T | | | | | |
| 109.  -Matthews Korea Fund | B | Dividend | K | T | | | | | |
| 110.  -com stk Amazon.com | | None | M | T | | | | | |
| 111.  -Wisdom Tree Large Cap Div Fund | C | Dividend | M | T | | | | | |
| 112.  -Facebook Inc. | | None | M | T | Sold (part) | 05/03/19 | J | D | |
| 113.  -Vanguard S&P Index Fund | A | Dividend | K | T | | | | | |
| 114.  -Vanguard Europe Index Fund | B | Dividend | K | T | | | | | |
| 115.  IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 116.  -Cash Management Acct | A | Interest | J | T | | | | | |
| 117.  -com stk Invesco QQQ Trust | A | Dividend | K | T | | | | | |
| 118.  -com stk Immunogen Inc. | | None | J | T | | | | | |
| 119.  -U.S. Global Investors Eastern Europe (mutual) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard REIT Vipers | A | Dividend | K | T | | | | | |
| 121.  -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 122.  -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 123.  -Value Line Fund Inc. | B | Dividend | M | T | | | | | |
| 124.  -Prudent Bear Fund | A | Dividend | J | T | | | | | |
| 125.  -Fidelity Nordic Countries Fund | A | Dividend | K | T | | | | | |
| 126.  -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 127.  -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 128.  -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 129.  -Vanguard FTSE All-World ex-US ETF | B | Dividend | K | T | | | | | |
| 130.  -Janus Triton Fund | B | Dividend | K | T | | | | | |
| 131.  -Parnassus Core Equity Fund fka Parnassus Equity Income Fund | C | Dividend | K | T | | | | | |
| 132.  -Vanguard Consumer Staples Fund | A | Dividend | K | T | | | | | |
| 133.  Pension Plan Acct. TIAA-CREF #1 (see Part VIII. Add'l Information) | | | | | | | | | |
| 134.  -TIAA Traditional | B | Interest | K | T | Distributed (part) | 12/02/19 | J | | |
| 135.  -CREF Equity Index R3 | | None | M | T | Distributed (part) | 12/02/19 | J | | |
| 136.  -CREF Global Equities R3 | | None | L | T | Distributed (part) | 12/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Vanguard Total Stock Mkt Index | B | Dividend | L | T | Distributed (part) | 12/02/19 | J | | |
| 138.  -TIAA Real Estate | | None | L | T | Distributed (part) | 12/02/19 | J | | |
| 139.  Pension Plan Acct. TIAA-CREF #2 (see Part VIII. Add'l Information) | | | | | | | | | |
| 140.  -TIAA Traditional | C | Interest | L | T | Distributed (part) | 12/30/19 | J | | |
| 141.  -CREF Stock R3 | | None | N | T | Distributed (part) | 12/30/19 | J | | |
| 142.  -CREF Growth R3 | | None | N | T | Distributed (part) | 12/30/19 | J | | |
| 143.  -CREF Equity Index R3 | | None | O | T | Distributed (part) | 12/30/19 | K | | |
| 144.  -CREF Global Equities R3 | | None | N | T | Distributed (part) | 12/30/19 | J | | |
| 145.  -TIAA Real Estate | | None | M | T | Distributed (part) | 12/30/19 | J | | |
| 146.  401K Plan/NOW IRA | | | | | | | | | |
| 147.  -First Eagle Over A Fund | E | Dividend | N | T | Distributed (part) | 12/19/19 | J | | |
| 148.  -Oakmark Equity & Income J Fund | E | Dividend | M | T | Sold (part) | 04/05/19 | K | | |
| 149. | | | | | Sold (part) | 05/13/19 | K | | |
| 150. | | | | | Distributed (part) | 12/19/19 | J | A | |
| 151.  -Laudus Growth Investors | D | Dividend | M | T | Distributed (part) | 12/19/19 | J | A | |
| 152.  -Janus Triton Fund | D | Dividend | N | T | Buy (add'l) | 04/05/19 | K | | |
| 153. | | | | | Buy (add'l) | 05/13/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hornby, D.Brock** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Distributed (part) | 12/19/19 | J | A | |
| 155. -MFS Midcap Fund | D | Dividend | N | T | Distributed (part) | 12/19/19 | J | A | |
| 156. -Parnassus Core Equity Fund | E | Dividend | M | T | Distributed (part) | 12/19/19 | J | A | |
| 157. 1/2 unit ltd. partnership int. in Falls Development Assoc., ltd real | A | Dividend | K | R | | | | | |
| 158. estate partnership purchased 12/30/85; total of $16,489.50 pd in | | | | | | | | | |
| 159. installments completed 2/10/90 | | | | | | | | | |
| 160. IRA Brokerage Acct RBC Wealth Mgt | | | | | | | | | |
| 161. -RBC deposits | A | Interest | J | T | | | | | |
| 162. -Franklin Inc. Funds | B | Dividend | K | T | | | | | |
| 163. -Fundamental Invs Inc. | B | Dividend | K | T | | | | | |
| 164. -Thornburg Global Opportunities Fund | A | Dividend | K | T | | | | | |
| 165. -Morgan Stanley Institutional Fund | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II. Agreements

Item #1: The Maine Public Employees Retirement System notified me in 2019 that they owed me and they paid me $1,075 from my time as a Maine Supreme Court Associate Justice 1988-1990. It was a surprise.

Part VII. Investments and Trusts

Lines 133 - 145: The "Distributions" are "required minimum distributions" from two 403(b) retirement plans. The gain is not reported on the statement provided, and I do not have the ability to calculate the gain.

Lines 135,136,138,141,142,143,144,145, Column B.(2): The income is not reported on the statement provided.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D.Brock Hornby**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544